UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

ARNELL M. PRATO, D.D.S., P.L.L.C., doing business as DOWN TO EARTH DENTAL, on behalf of itself and all others similarly situated,

Plaintiff,

v.

PATTERSON COMPANIES, INC., HENRY SCHEIN, INC., and BENCO DENTAL SUPPLY COMPANY,

Defendants.

No. 16-cv-05109-RBL

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that plaintiff Arnell M. Prato, D.D.S., P.L.L.C., doing business as Down to Earth Dental, through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its action against defendants Patterson Companies, Inc., Henry Schein, Inc., and Benco Dental Supply Company without prejudice, with each party to pay its own costs and fees.

RESPECTFULLY SUBMITTED this 11th day of February, 2016.

KELLER ROHRBACK L.L.P.

By *s/Lynn L. Sarko*
*s/Mark A. Griffin*

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*s/Amy N.L. Hanson*
*s/Raymond J. Farrow*
Lynn Lincoln Sarko (WSBA #16569)
lsarko@kellerrohrback.com
Mark A. Griffin (WSBA #16296)
mgriffin@kellerrohrback.com
Amy N. L. Hanson (WSBA #28589)
ahanson@kellerrohrback.com
Raymond J. Farrow (WSBA #31782)
rfarrow@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

David S. Preminger
dpreminger@kellerrohrback.com
1140 Avenue of the Americas, Suite 900
New York, NY 10036
Telephone: (646) 380-6690
Facsimile: (646) 380-6692

***Attorneys for Plaintiff and the Proposed Class***